IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBORAH ZEUNIK

        Plaintiff,

vs.                                    CASE NO.: 1:06cv18-SPM/AK

SUN LIFE ASSURANCE
COMPANY OF CANADA,

        Defendant.

_____/

## ORDER OF DISMISSAL

        Pursuant to Plaintiff's Notice of Settlement (doc. 10)  and Northern District

of Florida Local Rule 16.2(D), it is

        ORDERED AND ADJUDGED:

        1.      This case is dismissed with prejudice.

        2.      The Court retains jurisdiction for a period of 60 days, during which

time any party may move to reopen for good cause shown.

        DONE AND ORDERED this 27th day of March, 2006.

                        _s/ Stephan P. Mickle_____

                        Stephan P. Mickle
                        United States District Judge